UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                           :
LAUREL HILBERT, on behalf of himself and all :
others similarly situated,                          :
                                                           :
                              Plaintiff,              :              25-CV-10044 (VSB)
                                                           :
              -against-                               :              **ORDER**
                                                           :
WEBULL FINANCIAL, LLC                       :
                                                           :
                              Defendant.           :
                                                           :
--------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:          February 18, 2026
                    New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge